IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## **JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| CARLA ANDERSON, o/b/o M.A.A., ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-00016-CV-W-GAF-SSA |
| ) | |
| CAROLYN W. COLVIN[1], ) | |
|     Acting Commissioner, ) | |
|     Social Security Administration, ) | |
|     Defendant. ) | |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is affirmed.

                                                                                                         ANN THOMPSON,
                                                                                                         Clerk of Court

Date:   December 2, 2013                                           /s/ Terri Moore
                                                                                         (by) Terri Moore, Deputy Clerk

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as defendant in this suit.